*Vielie* ads. *Towers.*

THIS was an action of assault and battery, and a verdict for the plaintiff at the circuit, for six cents damages and six cents costs. A certificate was given by the judge who presided at the trial, to entitle the plaintiffs to full costs, but it was not given *at the trial.*

*Woodworth*, for the defendant, under a motion " that the certificate of the judge be vacated," now brought up the question whether this certificate is conformable to the 5th section of the act entitled, " An act to " reduce the laws concerning costs into one statute," passed the 12th of *February*, 1787. He contended, that, agreeably to this act, the certificate must be granted by the judge *sedente curia*, and could not be granted with any effect afterwards : such he said was the *English* statute, and such their practice under it.

*Per Curiam.* The statute enacts, " that in all ac-" tions of trespass and assault and battery, commen-" ced or prosecuted in the supreme court, wherein " the judge *at the trial* of the cause, shall not find and " certify under his hand upon the back of the record, " that an assault and battery was sufficiently proved, " or that the freehold or title of the land mentioned " in the plaintiff's declaration, was chiefly in question, " the plaintiff in such action, in case the jury shall " find the damages to be under forty shillings, shall " not recover or obtain more costs of suit than the " damages so found shall amount to." This provision, being reasonably interpreted, means only that

the certificate should be given by the judge *who pre-*
*cided at the trial,* and not that the act of making out the certificate should be performed then.